```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  District of Arizona
    LUCILLE GONZALES MEIS
 3  Regional Chief Counsel, Region IX,
    Social Security Administration
 4  THEOPHOUS H. REAGANS
    Special Assistant United States Attorney
 5  333 Market Street, Suite 1500
    San Francisco, California 94105
 6  Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
 7  E-Mail: theophous.reagans@ssa.gov

 8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY SHELBY,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br>　　　　　Defendant. | Case No. CV 08-362 CMK<br>AMENDED STIPULATION AND ORDER TO EXTEND TIME |

　　　The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's answer be extended to September 12, 2008.

　　　This is the defendant's first request for an extension of time to respond to plaintiff's answer.  Defendant mis-calendared the answer due date and apologizes for the delay and any inconvenience caused by that delay.

1

1       Respectfully submitted this 11th day of September 2008.

2

3  DATED: September 11, 2008         By:  */s/ Bess Brewer*
                                          (*As agreed via telephone*)
4                                         BESS BREWER
                                          Attorney at Law
5
                                          Attorney for Plaintiff
6
                                          McGREGOR W. SCOTT
7                                         United States Attorney

8

9  DATED: September 11, 2008         By:  */s/ Theophous H. Reagans*
                                          THEOPHOUS H. REAGANS
                                          Special Assistant U.S.
10                                        Attorney

11                                        Attorneys for Defendant

12

13
   IT IS SO ORDERED.
14

15

16  DATED:  September 16, 2008

17                                        _____
18                                        **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE
19

2