BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY SHELBY**,<br><br>        Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        Defendant. | Case No. CIV-S-08-362 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 30, 2008, to January 9, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through December 2008.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: October 29, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: October 30, 2008 | McGregor W. Scott <br> United States Attorney <br> */s/ Jacqueline Forslund for Theophous Reagans* <br> THEOPHOUS REAGANS <br> Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2