BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY SHELBY** ) | **Case No. CIV-S-08-362 CMK** |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

in this case is hereby extended from January 9, 2009, to January 27, 2009. This extension is required

due to Plaintiff's counsel's extremely crowded briefing schedule.


Dated: January 7, 2009                    */s/Bess M. Brewer*  _____
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: January 7, 2009 | McGregor W. Scott |
| 2 | | United States Attorney |
| 3 | | /s/ *Theophous Reagans* |
| 4 | | THEOPHOUS REAGANS |
| 5 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 6 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 14, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com