1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY SHELBY** | Case No. CIV-S-08-362 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 27, 3009 to January 29, 2009.  This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: January 27, 2009        /s/Bess M. Brewer
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: January 27, 2009        McGregor W. Scott

                               United States Attorney

                               /s/ Theophous Reagans

                               THEOPHOUS REAGANS
                               Special Assistant U.S. Attorney
                               Social Security Administration

                               Attorney for Defendant


                               **ORDER**

APPROVED AND SO ORDERED.


 DATED:  February 5, 2009


                               _____
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

2